505 A.2d 600

**COMMONWEALTH of Pennsylvania**

v.

**Eric BAINES, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 26, 1986.

Petition for Allowance of Appeal GRANTED, No. 34 E.D. Appeal Docket 1986.